NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

---

**SFA SYSTEMS, LLC,**
*Plaintiff - Appellee*

v.

**NEWEGG INC.,**
*Defendant - Appellant*

---

14-1712

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 6:09-cv-00340-LED, 6:11-cv-00399-LED Chief Judge Leonard Davis

---

ON MOTION

O R D E R

Upon consideration of the Appellee, SFA Systems, LLC's unopposed motion to extend time to file its principal brief until January 26, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                          FOR THE COURT

December 2, 2014                /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court