**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

2014-1712

SFA SYSTEMS, LLC

        Plaintiff-Appellee,

V.

NEWEGG INC.

        Defendant-Appellant,

Appeal from the United States District Court for the Eastern District of Texas in Case no. 6:09-cv-00340 and Case no. 6:11-cv-00399 Judge Leonard Davis

**PLAINTIFF-APPELLEE SFA SYSTEMS, LLC'S UNOPPOSED MOTION FOR SUBSTITUTION OF PRINCIPAL COUNSEL AND OTHER COUNSEL FOR SFA SYSTEMS, LLC**

Andrew Spangler
SPANGLER LAW P.C.
208 N. Green St., Suite 300
Longview, Texas 75601
Telephone: 903.753.9300
Facsimile: 903.553.0403
Email: spangler@spanglerlawpc.com

Elizabeth A. Wiley
THE WILEY FIRM PC
3900 Petes Path
Austin, Texas 78731
Telephone: 512.560.3480
Facsimile: 512.551.0028
Email: lizwiley@wileyfirmpc.com

December 4, 2014

## APPELLEE SFA SYSTEMS, LLC'S
## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Appellee SFA Systems, LLC ("SFA") moves the Court for an order allowing the substitution of counsel for SFA, namely: to substitute Liz Wiley of The Wiley Firm PC as principal counsel for SFA and to substitute Andrew Spangler of Spangler Law PC as of counsel for SFA in the place of current SFA counsel of record, Marc A. Fenster (principal counsel) and Adam S. Hoffman (of counsel) of the law firm of Russ August & Kabat. No counsel for Russ August & Kabat will be appearing in this Court for SFA after the substitution.

SFA has notified counsel for Appellant Newegg, Inc. ("Newegg") of its intent to seek this substitution, and Newegg does not object.

**BACKGROUND**

This appeal was docketed on August 12, 2014, and the opening brief of Newegg was due on October 14, 2014. Newegg sought and obtained an extension of time for its opening brief and filed its confidential brief and non-confidential briefs on October 28, 2014. Dkt. Nos. 26, 29. SFA's deadline to file its responsive brief was December 11, 2014. After Newegg's opening brief was filed, it became apparent that new counsel for SFA would be sought for the appeal. Thus, SFA filed a motion for extension of time (Dkt. No. 33), to allow enough time for the transition of new counsel and for the motion practice that would be required to effect the substitution. The Court granted that motion for extension of time on December 3, 2014. Dkt. No. 34. SFA's response is now due on January 26, 2015.

**RELIEF SOUGHT**

SFA seeks an order permitting the substitution of new counsel in the place of current counsel of record, Mark Fenster and Adam Hoffman of Russ August & Kabat. Specifically, Ms. Wiley will be substituted as principal counsel for Mr.

Fenster, and Andrew Spangler is to be substituted as of counsel. Ms. Wiley and Mr. Spangler have already each filed an Entry of Appearance.

**STATEMENT OF CONSENT**

SFA has discussed this motion with Newegg. Newegg represents that it will not oppose this motion.

**CONCLUSION AND PRAYER**

Therefore, SFA respectfully requests that the Court grants this motion and permit that Ms. Wiley be substituted as principal counsel for SFA, and Mr. Spangler substituted as of counsel for SFA in the place of current of counsel, Adam Hoffman.

Respectfully submitted,

DATED: December 4, 2014

/s/ *Elizabeth A. Wiley*
Elizabeth A. Wiley
THE WILEY FIRM, PC
P.O. BOX 303280
Austin, Texas 78703-3280
Telephone: 512.560.3480
Facsimile: 512.551.0028
Email: lizwiley@wileyfirmpc.com

Andrew Spangler
SPANGLER LAW P.C.
208 N. Green St., Suite 300
Longview, Texas 75601
Telephone: 903.753.9300
Facsimile: 903.553.0403
Email: spangler@spanglerlawpc.com

Counsel for Plaintiff-Appellee
SFA Systems, LLC

## _____CERTIFICATE OF INTEREST

The undersigned counsel for Appellee SFA Systems, LLC certifies the following:

1. The full name of every party or amicus represented by me is:

    SFA Systems, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Same as No. 1.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Legacy Patent Holdings, LLC

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

| Law Firm | Attorney(s) |
|---|---|
| Russ August & Kabat | Alexander C. Giza<br>Benjamin T Wang<br>Branden Frankel<br>Jacob Buczko<br>Jules L. Kabat<br>Mark A. Fenster<br>Adam Hoffman |
| Saxon Law Firm PLLC | Adam Saxon |
| Buether Joe & Carpenter LLC | Brian Andrew Carpenter<br>Eric Buether<br>Mark Davin Peranthie |

| | |
|---|---|
| Pridham Law Firm | David M. Pridham |
| Kip Glasscock PC | Harold Kip Glasscock, Jr. |
| Ni Law Firm, PLLC | Hao Ni |
| Patrick R. Anderson, PLLC | Patrick R. Anderson |
| Stevens Henry PLLC | Todd Brandt |
| Brochstein Law Firm, PLLC | Tyler K. Brochstein |
| Spangler Law PC | Andrew W. Spangler |
| The Wiley Firm PC | Elizabeth A. Wiley |

                                          /s/ Elizabeth A. Wiley
                                   Elizabeth A. Wiley
                                   *Counsel for Appellee SFA Systems, LLC*

Date:  December 4, 2014

## PROOF OF SERVICE

I hereby certify that on this 4th day of December, 2014, SFA Systems LLC's **MOTION FOR SUBSTITUTION OF COUNSEL** was served with the Court's ECF filing system to counsel of record listed below:

Kent E. Baldauf, Jr.,
Email: kbaldaufjr@webblaw.com
Daniel H. Brean
Email: dbrean@webblaw.com
The Webb Law Firm, Suite 1200
One Gateway Center
420 Ft. Duquesne Boulevard
Pittsburgh, PA 15222
Direct: 412-471-8815
Fax: 412-471-4094

Richard Gregory Frenkel
Email: rick.frenkel@lw.com
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
Direct: 650-463-3080
Fax: 650-463-2600

Edward R. Reines
Email: edward.reines@weil.com
Weil, Gotshal & Manges LLP
Firm: 650-802-3000
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Direct: 650-802-3000
Fax: 650-802-3100

**Counsel for Newegg Inc.**

MARC A. FENSTER
mfenster@raklaw.com
ADAM S. HOFFMAN
ahoffman@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Andrew Spangler
SPANGLER LAW P.C.
208 N. Green St., Suite 300
Longview, Texas 75601
Telephone: 903.753.9300
Facsimile: 903.553.0403
Email:
spangler@spanglerlawpc.com

**Counsel for Plaintiff-Appellee SFA Systems, LLC**

*/s/ Elizabeth A. Wiley*
Elizabeth A. Wiley
Counsel for Plaintiff-Appellee
SFA Systems, LLC