NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SFA SYSTEMS, LLC,**
*Plaintiff-Appellee,*

v.

**NEWEGG INC.,**
*Defendant-Appellant.*

---

2014-1712

---

Appeal from the United States District Court for the Eastern District of Texas in No. 6:09-cv-00340-LED and 6:11-cv-00399-LED, Chief Judge Leonard Davis.

---

**ON MOTION**

---

**O R D E R**

SFA Systems, LLC moves without opposition to withdraw Marc A. Fenster and Adam S. Hoffman as counsel of record and to substitute Elizabeth A. Wiley as principal counsel and Andrew W. Spangler as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                      FOR THE COURT

                                      <u>/s/ Daniel E. O'Toole</u>
                                      Daniel E. O'Toole
                                      Clerk of Court

s27